## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| JANNA MOORE, formerly JANNA M. McCLURE, | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | 5:07 CV 083 |
| MISSION HEALTH, INC., formerly MISSION AT. JOSEPH HEALTH SYSTEM, INC., ST. JOSEPH'S HEALTH SERVICES CORPORATION, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and THE HARTFORD, LLC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motions for admission *pro hac vice* (#6) & (#7) of David E. Constine III and Laura D. Windsor of the law firm of Troutman Sanders, L.L.P., 1001 Haxall Point, P. O. Box 1122, Richmond, VA 23218-1122, (804) 697-1200 to appear as counsel for the defendants in this matter filed on July 25, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motions are **ALLOWED**, and that David E. Constine III and Laura D. Windsor are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: July 30, 2007

Dennis L. Howell
United States Magistrate Judge